UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-60575-RUIZ/STRAUSS

**INGRID PRINCE**,

    Plaintiff,

v.

**IDES**, *et al.*,

    Defendants.

_____/

## ORDER DENYING MOTION FOR ELECTRONIC FILING

**THIS CAUSE** has come before me upon Plaintiff's Motion for Electronic Filing. (DE 20). The District Court has referred this case to me for rulings on all pre-trial, non-dispositive matters and for the issuance of a Report and Recommendation on any dispositive matters pursuant to 28 U.S.C. § 636, Federal Rule of Civil Procedure 72, and the Magistrate Rules of the Local Rules of the Southern District of Florida. (DE 9). For reasons stated herein, Plaintiff's Motion for Electronic Filing is **DENIED**.

On August 6, 2021, Plaintiff filed her Motion for Electronic Filing requesting that the Court issue an order allowing her to file electronically in this matter. (DE 20). Plaintiff alleges that she has not been receiving the Court's mail or orders through regular mail and that the two hours per day that the Court provides during the present Pandemic for Plaintiff to come in person to deliver a document is insufficient given that Plaintiff works during the daytime. *Id.*

Federal Rule of Civil Procedure 5(d)(3)(B) provides that a pro se party "may file electronically only if allowed by court order or by local rule." Fed. R. Civ. P. 5(d)(3)(B)(i). Furthermore, Local Rule 5.1(b) specifically exempts pro se parties from the service and filing of

documents via CM/ECF pursuant to Section 2C of the CM/ECF Administrative Procedures.  S.D. Fla. L.R. 5.1(b).  In turn, Section 2C of the CM/ECF Administrative Procedures states that

> *Pro se litigants will not be permitted to register as Users at this time and must file their documents in the conventional manner.*  Pro se litigants may access the electronic record at the public counter in the Clerk's Office in all divisions *or through PACER.*  Pro se litigants will be served and noticed by U.S. mail or in person (or, if agreed, by e-mail), unless there is consent to receive notices electronically as indicated below.
>
> Pro se litigants (non-prisoner) interested in receiving notices electronically must file the form "Consent by Pro Se Litigants (Non-Prisoner) to Receive Notice of Electronic Filing" [("Consent Form")] which can be found on the Court's website (http://www.flsd.uscourts.gov/forms/consent-pro-se-litigant-non-prisoner-receive-nefs).  After filing the consent, pro se litigants will receive case orders, notices and other documents filed via email.  Paper copies of filings will no longer be sent by the Court or opposing counsel in that particular case.  **Note:** Pro se litigants who consent to receiving notices electronically are responsible for maintaining a current email address with the Court (See Section 3D).

Section 2C of the CM/ECF Administrative Procedures (available at: https://www.flsd.uscourts.gov/sites/flsd/files/210728_CMECF_Administrative_Procedures-NEXTGEN%20_REDLINE1.pdf).  "Although efforts are underway to allow *pro se* filings through CM/ECF, the system does not permit *pro se* parties to electronically file court documents with the Clerk's office at this time."  *Pyatt v. Fla. Int'l Univ. Bd. of Trustees*, No. 1:20-CV-24085, 2020 WL 6702864, at *1 (S.D. Fla. Nov. 13, 2020).

As in *Pyatt*, this Court is sympathetic to Plaintiff's burden.  However, like the plaintiff in *Pyatt*, Plaintiff here must file documents conventionally at this time.  Nonetheless, Plaintiff may complete and submit the above-referenced Consent Form to receive orders, notices and other documents filed via email.

Accordingly, it is hereby

**ORDERED and ADJUDGED** that:

1. Plaintiff's Motion for Electronic Filing is **DENIED**; and

2. The **CLERK** is **ORDERED** to mail Plaintiff a copy of this Order and to file a notice of compliance promptly thereafter.

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 10th day of August 2021.

Jared M. Strauss
United States Magistrate Judge

Hon. Rodolfo A. Ruiz, II

Ingrid Prince
P.O. Box 192344
Miami Beach, FL 33119
PRO SE

All Counsel of Record